RECEIVED
IN LAFAYETTE, LA.

DEC 2 8 2012

TONY R. MOORE, CLERK
BY _____
         DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| TORRANCE HARMON  LA. DOC #481403  VS. | CIVIL ACTION NO. 6:12-cv-2193  SECTION P  JUDGE RICHARD T. HAIK, SR. |
| WARDEN BURL CAIN | MAGISTRATE JUDGE HILL |

### JUDGMENT

For the reasons contained in the Report and Recommendation and Supplemental Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that petitioner's second and successive Application for Writ of *Habeas Corpus* be transferred to the United States Fifth Circuit Court of Appeals in accordance with 28 U.S.C. § 2244(b)(3) for further proceedings by that Court.

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this 27th day of December, 2012.

_____
RICHARD T. HAIK, SR.
UNITED STATES DISTRICT JUDGE